1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

San Francisco

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | No. C 12-02581 LB |
| Plaintiff, | **ORDER REFERRING CASE FOR RELATED CASE DETERMINATION** |
| v. | |
| LUIS QUINTANILLA, et al., | |
| Defendants. | |
| _____/ | |

On May 17, 2012, Defendants Luis Quintanilla and Odilia Quintanilla removed the instant action from Contra Costa County Superior Court.  Notice of Removal, ECF No. 1.  It appears that Defendants removed the action to federal court once before and that it was assigned to Judge Armstrong.  *See Deutsche Bank National Trust Company v. Quintanilla, et al.*, No. C11-01044 SBA. Thus, pursuant to Civil Local Rule 3-12(c), the instant action is HEREBY REFERRED to Judge Armstrong for consideration of whether the above-referenced actions are related.

**IT IS SO ORDERED.**

Dated: May 25, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 12-02581
ORDER